IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES INC., OWT INDUSTRIES, INC., ET TECHNOLOGY (WUXI) CO. LTD., AND RYOBI TECHNOLOGIES, INC. <br><br> Defendants. | Civil Action No.: 1:16-cv-06097 <br><br> The Honorable Harry D. Leinenweber <br><br> Magistrate Judge Sidney Schenkier |

## **PLAINTIFF'S NOTICE OF PATENT TRIAL AND APPEAL BOARD DECISION**

Plaintiff, the Chamberlain Group, Inc. ("CGI"), hereby provides notice that the Patent Trial and Appeal Board ("PTAB") has denied Defendants' two requests to institute *inter partes* reviews ("IPRs") on CGI's U.S. Patent No. 7,224,275 ("'275 patent"). The PTAB's decisions are attached hereto as Exhibits A and B. The PTAB issued these opinions today, February 21, 2017, a full month in advance of the institution decision deadline of March 23, 2017.

In its decisions, the PTAB found that TTI did "not establish[] a reasonable likelihood that it would prevail with respect to any of the challenged claims." Ex. A at 2; Ex. B at 2. TTI had argued that various references, including references discussed during the preliminary injunction hearing held in the present litigation, invalidated the '275 patent claims at issue including all claims presently being asserted by CGI. *See* Ex. A at 6 (discussing, *inter alia*, the Menard and Tazumi references). The PTAB was aware of the Federal Circuit's decision on the preliminary

injunction and noted that its (the PTAB's) own constructions are "consistent with the Federal Circuit's decision." *See* Ex. A at 11; Ex. B at 10.

| | |
|---|---|
| Dated: February 21, 2017 | By: *Katherine Vidal* |

                                                Katherine Vidal
vidal@fr.com
Matthew McCullough
mccullough@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street., Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Benjamin C. Elacqua (pro hac vice)
elacqua@fr.com
Michael Rueckheim
rueckheim@fr.com
FISH & RICHARDSON PC
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Maria Elena Stiteler (pro hac vice)
stiteler@fr.com
FISH & RICHARDSON P.C.
60 S. Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Nicole L. Little (IL 6297047)
nlittle@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000

ATTORNEYS FOR PLAINTIFF
THE CHAMBERLAIN GROUP, INC.

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served on opposing counsel via CM/ECF on February 21, 2017.

                                            *Katherine Vidal*
                                            Katherine Vidal
                                            ATTORNEYS FOR PLAINTIFF
                                            THE CHAMBERLAIN GROUP, INC.