**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TECHTRONIC INDUSTRIES CO. LTD., ) <br> TECHTRONIC INDUSTRIES NORTH ) <br> AMERICA, INC., ONE WORLD ) <br> TECHNOLOGIES, INC., OWT INDUSTRIES, ) <br> INC., ET TECHNOLOGY (WUXI) CO. LTD., ) <br> and RYOBI TECHNOLOGIES, INC. ) <br> ) <br> Defendants. ) | Case No.: 1:16-cv-06097 <br><br> JURY TRIAL DEMANDED <br><br> The Honorable Harry D. Leinenweber <br><br> Magistrate Judge Sydney Schenkier |

**DEFENDANTS' MOTION TO TRANSFER VENUE**

Defendants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc. ("Defendants" or "TTI"), by counsel, respectfully request that this Court grant their Motion to Transfer Venue under the Supreme Court's recent decision in *TC Heartland LLC v. Kraft Foods Grp. Brands LLC*, No. 16-341, 2017 WL 2216934, at *3 (U.S. May 22, 2017). The grounds for this motion are set forth in the brief submitted herewith.

Dated:  June 19, 2017                              Respectfully submitted,

By: /s/ *Jason C. White*
    Jason C. White
    Michael J. Abernathy
    Sanjay K. Murthy
    Nicholas A. Restauri
    Jesse T. Dyer
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL  60601
    Tel:  (312) 324-1000
    Fax:  (312) 324-1001
    E-mail: jason.white@morganlewis.com
           michael.abernathy@morganlewis.com
           sanjay.murthy@morganlewis.com
           nicholas.restauri@morganlewis.com
           jesse.dyer@morganlewis.com

*Attorneys for Defendants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on June 19, 2017 upon all counsel of record.

/s/ *Jason C. White*
Jason C. White