**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

The Chamberlain Group, Inc.
                            Plaintiff,

v.                                         Case No.: 1:16–cv–06097
                                                        Honorable Harry D. Leinenweber

Techtronic Industries Co., Ltd., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 25, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Jury trial held on 8/25/2017. Jury Trial set for 8/24/2017 at 10:00 AM. Mailed notice(wp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.