IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: 1:16-cv-06097 |
| TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES INC., OWT INDUSTRIES, INC., ET TECHNOLOGY (WUXI) CO. LTD., AND RYOBI TECHNOLOGIES, INC. | The Honorable Harry D. Leinenweber  Magistrate Judge Sidney Schenkier |
| Defendants. | |

NOTICE OF MOTIONS

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on **Wednesday, August 30, 2017 at 9:30 a.m.** or as soon thereafter as counsel may be heard in the above-captioned action, counsel for Plaintiff, The Chamberlain Group, Inc., shall appear before The Honorable Harry D. Leinenweber in the United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO VALIDITY AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO INFRNGEMENT and PLAINTIFF'S MOTION TO SEAL PURSUANT TO LOCAL RULE 26.2,** copies of which have been filed and served using the Court's Electronic Case Filing System.

                                              Respectfully submitted,

Dated: August 30, 2017        By:   */s/ Katherine Vidal*
                                              George C. Lombardi
                                              glombard@winston.com
                                              WINSTON & STRAWN LLP
                                              35 W. Wacker Drive
                                              Chicago, IL 60601-9703
                                              Telephone: (312) 558-5600
                                              Facsimile: (312) 558-5700

                                              Katherine Vidal
                                              kvidal@winston.com
                                              Michael R. Rueckheim
                                              mrueckheim@winston.com
                                              Matthew McCullough
                                              mmccullough@winston.com
                                              WINSTON & STRAWN LLP
                                              275 Middlefield Road, Suite 205
                                              Menlo Park, CA 94025
                                              Telephone: (650) 858-6500
                                              Facsimile: (650) 858-6550

                                              Aldo A. Badini (*pro hac vice*)
                                              abadini@winston.com
                                              Shanna A. Lehrman (*pro hac vice*)
                                              slehrman@winston.com
                                              WINSTON & STRAWN LLP
                                              200 Park Avenue
                                              New York, NY 10166-4193
                                              Telephone: (212) 294-4601
                                              Facsimile: (212) 294-4700

                                              Benjamin Elacqua (*pro hac vice*)
                                              elacqua@fr.com
                                              FISH & RICHARDSON PC
                                              1221 McKinney Street, Suite 2800
                                              Houston, Texas 77010
                                              Telephone: (713) 654-5300
                                              Facsimile: (713) 652-0109

                                              Maria Elena Stiteler (*pro hac vice*)
                                              stiteler@fr.com
                                              FISH & RICHARDSON P.C.
                                              60 South Sixth Street
                                              Minneapolis, MN 55402

Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Nicole L. Little (IL 6297047)
nlittle@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

ATTORNEYS FOR PLAINTIFF
THE CHAMBERLAIN GROUP, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on opposing counsel via CM/ECF on August 30, 2017.

*/s/ Katherine Vidal*
Katherine Vidal

ATTORNEYS FOR PLAINTIFF
THE CHAMBERLAIN GROUP, INC.