**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

The Chamberlain Group, Inc.,

,

Plaintiff(s),

v.

Techtronic Industries Co., Ltd., et al,

Defendant(s).

Case No.  16 C 6097

Judge  Harry D. Leinenweber

## ORDER

Trial held -jury on 8/30/2017. Jury Deliberation began. Jury returns its verdict in favor of the plaintiff , The Chamberlain Group, Inc., and against the defendants Techtronic Industries Co, Ltd., Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries Inc., and Ryobi Technologies, Inc., in the amount of $3,829,300.00 in accordance with the jury verdict. The court enters judgment on the verdict. Trial ends-jury.

Time: 3:30

Date:  8/30/2017

/s/ Harry D. Leinenweber
United States District Judge