IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES INC., OWT INDUSTRIES, INC., ET TECHNOLOGY (WUXI) CO. LTD., AND RYOBI TECHNOLOGIES, INC. <br><br> Defendants. | Civil Action No.: 1:16-cv-06097 <br><br> The Honorable Harry D. Leinenweber <br><br> Magistrate Judge Sidney Schenkier |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 26.2**

Plaintiff The Chamberlain Group, Inc. ("CGI") seeks to file Exhibits B and C to the Joint Submission of Video Deposition Testimony Played at Trial under seal pursuant to Local Rule 26.2(b) and the Protective Order. Pursuant to L.R. 26.2(c), copies of Exhibits B and C are also being filed with redactions.

The supporting document sought to be filed under seal contains information that the parties and/or third-parties have designated as Confidential or Highly Confidential information, as defined by the Protective Order. Dkt. 135. An unredacted version will be submitted to Chambers with the courtesy copy of this motion and will be provided to Defendants' counsel.

In light of the above, CGI respectfully requests that the Court grant its motion to file the above-cited documents under seal.

Dated: September 25, 2017 By: */s/ Katherine Vidal*
George C. Lombardi
glombard@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Katherine Vidal
KVidal@winston.com
Michael Rueckheim
MRueckheim@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Aldo A. Badini (pro hac vice)
abadini@winston.com
Shanna A. Lehrman (pro hac vice)
slehrman@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4601
Facsimile: (212) 294-4700

Benjamin Elacqua (*pro hac vice*)
elacqua@fr.com
FISH & RICHARDSON PC
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Maria Elena Stiteler (*pro hac vice*)
stiteler@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

3

        Nicole L. Little (IL 6297047)
        nlittle@fitcheven.com
        FITCH, EVEN, TABIN & FLANNERY LLP
        120 South LaSalle Street, Suite 1600
        Chicago, Illinois 60603
        Telephone: (312) 577-7000
        Facsimile: (312) 577-7007

ATTORNEYS FOR PLAINTIFF
THE CHAMBERLAIN GROUP, INC.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served on opposing counsel via CM/ECF on September 25, 2017.

> _/s/ Katherine Vidal_
> Katherine Vidal
> *Attorneys for Plaintiff*
> *The Chamberlain Group, Inc.*