# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., | )<br>) |
| Plaintiff, | ) Case No.: 1:16-cv-06097 |
| v. | )<br>) JURY TRIAL DEMANDED |
| TECHTRONIC INDUSTRIES CO. LTD., | ) |
| TECHTRONIC INDUSTRIES NORTH | ) The Honorable Harry D. Leinenweber |
| AMERICA, INC., ONE WORLD | ) |
| TECHNOLOGIES, INC., OWT INDUSTRIES, | ) Magistrate Judge Sydney Schenkier |
| INC., ET TECHNOLOGY (WUXI) CO. LTD., | ) |
| and RYOBI TECHNOLOGIES, INC. | )<br>) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc. (collectively, "TTI") respectfully move for judgment as a matter of law. The grounds for this motion are set forth in the brief submitted herewith.

Dated: September 27, 2017

Respectfully submitted

By: /s/ *Jason C. White*
    Jason C. White
    Michael J. Abernathy
    Sanjay K. Murthy
    Nicholas A. Restauri
    Jesse T. Dyer
    Caroline S. Lourgos
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL 60601
    Tel: (312) 324-1000
    Fax: (312) 324-1001
    E-mail: jason.white@morganlewis.com
           michael.abernathy@morganlewis.com
           sanjay.murthy@morganlewis.com
           nicholas.restauri@morganlewis.com
           jesse.dyer@morganlewis.com
           caroline.lourgos@morganlewis.com

Margaret A. McGreal
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
E-mail: margaret.mcgreal@morganlewis.com

Sean C. Cunningham (*pro hac vice*)
Erin Gibson (*pro hac vice*)
Stanley Panikowski (*pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 699-2700
E-mail: Sean.Cunningham@dlapiper.com
　　　　Erin.Gibson@dlapiper.com
　　　　Stanley.Panikowski@dlapiper.com

*Attorneys for Defendants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via CM/ECF on September 27, 2017 upon all counsel of record.

/s/ *Jason C. White*
Jason C. White