**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:16-cv-06097 |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| TECHTRONIC INDUSTRIES CO. LTD., | ) | |
| TECHTRONIC INDUSTRIES NORTH | ) | The Honorable Harry D. Leinenweber |
| AMERICA, INC., ONE WORLD | ) | |
| TECHNOLOGIES, INC., OWT INDUSTRIES, | ) | Magistrate Judge Sydney Schenkier |
| INC., ET TECHNOLOGY (WUXI) CO. LTD., | ) | |
| and RYOBI TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR A NEW TRIAL

Defendants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc. (collectively, "TTI") respectfully move for a new trial. The grounds for this motion are set forth in the brief submitted herewith.

Dated: September 27, 2017

Respectfully submitted

By: /s/ *Jason C. White*
    Jason C. White
    Michael J. Abernathy
    Sanjay K. Murthy
    Nicholas A. Restauri
    Jesse T. Dyer
    Caroline S. Lourgos
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL 60601
    Tel: (312) 324-1000
    Fax: (312) 324-1001
    E-mail: jason.white@morganlewis.com
            michael.abernathy@morganlewis.com
            sanjay.murthy@morganlewis.com
            nicholas.restauri@morganlewis.com
            jesse.dyer@morganlewis.com
            caroline.lourgos@morganlewis.com

Margaret A. McGreal
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel:  (215) 963-5000
Fax:  (215) 963-5001
E-mail: margaret.mcgreal@morganlewis.com

Sean C. Cunningham (*pro hac vice*)
Erin Gibson (*pro hac vice*)
Stanley Panikowski (*pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel:  (619) 699-2700
E-mail: Sean.Cunningham@dlapiper.com
            Erin.Gibson@dlapiper.com
            Stanley.Panikowski@dlapiper.com

*Attorneys for Defendants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing document was served via CM/ECF on September 27, 2017 upon all counsel of record.

<u>/s/ *Jason C. White*</u>
Jason C. White