IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., | ) |
| | ) Civil Action No.: 1:16-cv-06097 |
| Plaintiff, | ) |
| v. | ) Judge Harry D. Leinenweber |
| | ) |
| TECHTRONIC INDUSTRIES CO. LTD., | ) Magistrate Judge Sidney Schenkier |
| TECHTRONIC INDUSTRIES NORTH AMERICA, | ) |
| INC., ONE WORLD TECHNOLOGIES INC., | ) **REDACTED** |
| OWT INDUSTRIES, INC., ET TECHNOLOGY | ) |
| (WUXI) CO. LTD., AND RYOBI | ) |
| TECHNOLOGIES, INC. | ) |
| | ) |
| Defendants. | |

**PLAINTIFF'S MEMORANDUM
IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION**