IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TECHTRONIC INDUSTRIES CO. LTD., ) <br> TECHTRONIC INDUSTRIES NORTH AMERICA, ) <br> INC., ONE WORLD TECHNOLOGIES INC., ) <br> OWT INDUSTRIES, INC., ET TECHNOLOGY ) <br> (WUXI) CO. LTD., AND RYOBI ) <br> TECHNOLOGIES, INC. ) <br> ) <br> Defendants. | Civil Action No.: 1:16-cv-06097 <br><br> Judge Harry D. Leinenweber <br><br> Magistrate Judge Sidney Schenkier <br><br> **Jury Trial Demanded** |

## DECLARATION OF MARIA ELENA STITELER IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION

I, Maria Elena Stiteler, declare as follows:

1. I am an attorney at the law firm of Fish & Richardson P.C., counsel of record in this action for Plaintiff The Chamberlain Group, Inc. ("CGI"). I am a member of the Bar of the States of California and Minnesota and have been admitted *Pro Hac Vice* in this case. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I submit this declaration in support of Plaintiff's Motion for a Permanent Injunction.

3. Attached as Exhibit A is CGI's proposed injunction order.

4. Attached as Exhibit B are excerpts from the transcript from day two of the trial proceedings on August 22, 2017.

5. Attached as Exhibit C are excerpts from the transcript from day three of the trial proceedings on August 23, 2017.

6. Attached as Exhibit D is Plaintiff's Exhibit 406.

7. Attached as Exhibit E are excerpts from the transcript from day seven of the trial proceedings on August 29, 2017.

8. Attached as Exhibit F is Plaintiff's Exhibit 548.

9. Attached as Exhibit G are excerpts from Plaintiff's Exhibit 167.

10. Attached as Exhibit H are excerpts from the transcript from day four of the trial proceedings on August 24, 2017.

11. Attached as Exhibit I are excerpts from Defendant's Exhibit 255.

12. Attached as Exhibit J is Plaintiff's Exhibit 237.

13. Attached as Exhibit K are excerpts from the transcript from day one of the trial proceedings on August 21, 2017.

14. Attached as Exhibit L is Plaintiff's Exhibit 306.

15. Attached as Exhibit M are excerpts from Plaintiff's Exhibit 168.

16. Attached as Exhibit N is Plaintiff's Exhibit 350.

17. Attached as Exhibit O is Plaintiff's Exhibit 632.

18. Attached as Exhibit P is Plaintiff's Exhibit 392.

19. Attached as Exhibit Q is Plaintiff's Exhibit 400.

20. Attached as Exhibit R are excerpts of an excel spreadsheet, produced by TTI with the bates number TTI00010632, showing TTI's sales of Ryobi GDOs to Home Depot on September 17, 2016.

21. Attached as Exhibit S are excerpts from the transcript from the deposition of Kevin Cameron, taken on Tuesday, December 6, 2016.

22. Attached as Exhibit T are excerpts from the transcript from the deposition of Mark Huggins, taken on March 24, 2017.

23. Attached as Exhibit U are excerpts from the transcript from the deposition of William McNabb, taken on January 9, 2017.

24. Attached as Exhibit V are true and correct printouts of the webpages for TTI's Ryobi GD125 and GD200A, captured on September 14, 2017, from https://www.ryobitools.com/power-tools/products/list/category/garage-door-opener.

25. Attached as Exhibit W is a true and correct printout of the webpage to download the phone application that supports both TTI's Ryobi GD125 and GD200A, captured on September 26, 2017, from https://itunes.apple.com/us/app/gdo-system/id1097529087?mt=8.

26. Attached as Exhibit X are excerpts of the owner's manuals for TTI's Ryobi GD125 and GD200A GDOs.

27. Attached as Exhibit Y is a true and correct copy of a spreadsheet, produced by TTI on September 25, 2017, with updated sales figures of TTI's GDOs and accessories, including the Ryobi GD125. Sales of the Ryobi GD125 in August, 2017, are recorded in cell DG-6.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Minneapolis, Minnesota, this 27th day of September, 2017.

3

Dated: September 27, 2017  **FISH & RICHARDSON P.C.**

By: /s/ *Maria Elena Stiteler*
Maria Elena Stiteler