IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES INC., OWT INDUSTRIES, INC., ET TECHNOLOGY (WUXI) CO. LTD., AND RYOBI TECHNOLOGIES, INC. <br><br> Defendants. | Civil Action No.: 1:16-cv-06097 <br><br> The Honorable Harry D. Leinenweber <br><br> Magistrate Judge Sidney Schenkier |

**PLAINTIFF'S MOTION FOR ENHANCED SUPPLEMENTAL DAMAGES
AND FOR ENTRY OF FINAL JUDGMENT**

Pursuant to the discussion during the June 19, 2018 status hearing, Plaintiff, The Chamberlain Group, Inc. ("CGI"), hereby submits this motion requesting enhancement of the Court's award of supplemental damages and for entry of final judgment.

Enhanced Supplemental Damages:

Under 35 U.S.C. § 284, the Court may enhance damages on account of willful infringement. *See, e.g.*, *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923, 1933 (2016). The Court did so here, awarding treble damages after analyzing the *Read* factors and the evidence confirming TTI's willful infringement and egregious conduct. ECF No. 740 at 79.

The Court also awarded supplemental damages to account for TTI's infringing sales from May 1 to September 5, 2017, evidence that was not available at the time of trial. *Id.* at 84 (awarding supplemental damages at $1,108,185). The Court's ruling, however, did not address whether these additional damages should also be trebled under the *Read* analysis.

The award of supplemental damages should be trebled. These damages reflect four months worth of sales that are no different with respect to the *Read* factors than TTI's prior sales.[1] TTI's willful infringement and egregious behavior support trebling the supplemental damages for all the reasons identified by the Court and in CGI's briefing. *Id.* at 79; *see also* CGI's briefing in support of its motion for enhanced damages, ECF Nos. 624, 625, 671, 673. *See, e.g., Stryker Corp. v. Davol, Inc.*, 234 F.3d 1252, 1259-60 (Fed. Cir. 2000) (affirming enhanced damages award, where jury found willful infringement and court enhanced both pre-verdict damages and supplemental damages); *Aero Products Intern., Inc. v. Intex Recreation Corp.*, No. 02-C-2590, 2005 WL 1498667, at *2 (N.D. Ill. June 9, 2005) (enhancing supplemental damages).

CGI therefore respectfully requests the Court, as part of its final judgment, treble its award of supplemental damages, awarding $3,324,555, to properly reflect TTI's willful infringement and egregious conduct in this litigation.

Entry of Final Judgment:

As discussed during the June 19, 2018 status hearing, the only issues remaining for this Court's consideration are (i) the present motion for enhanced supplemental damages; (ii) the motion for ongoing royalties with respect to the '966 patent (*see* ECF Nos. 728, 746, and 748); and (iii) the final calculation for the attorneys' fees and costs with respect to the Court's directive for additional briefing (*see* ECF Nos. 742 and 745). CGI respectfully requests that, upon resolution of these outstanding issues, that the Court enter a final judgment.

---

[1] The only difference is that evidence was not available at the time of trial, due to standard delays in accounting processes and the deadlines for the close of expert discovery.

1

Dated: June 22, 2018     By:     */s/ Katherine Vidal*
                                 Katherine Vidal
                                 KVidal@winston.com
                                 Michael Rueckheim
                                 MRueckheim@winston.com
                                 Matthew R. McCullough
                                 MRMcCullough@winston.com
                                 WINSTON & STRAWN LLP
                                 275 Middlefield Road, Suite 205
                                 Menlo Park, CA 94025
                                 Telephone: (650) 858-6500
                                 Facsimile: (650) 858-6550

                                 Benjamin Elacqua (*pro hac vice*)
                                 elacqua@fr.com
                                 FISH & RICHARDSON PC
                                 1221 McKinney Street, Suite 2800
                                 Houston, Texas 77010
                                 Telephone: 713-654-5300
                                 Facsimile: 713-652-0109

                                 Maria Elena Stiteler (*pro hac vice*)
                                 stiteler@fr.com
                                 FISH & RICHARDSON P.C.
                                 60 South Sixth Street
                                 Minneapolis, MN 55402
                                 Telephone: (612) 335-5070
                                 Facsimile: (612) 288-9696

                                 ATTORNEYS FOR PLAINTIFF
                                 THE CHAMBERLAIN GROUP, INC.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served on opposing counsel via CM/ECF on June 22, 2018.

                                                  */s/ Katherine Vidal*
                                                  Katherine Vidal
                                                  *Attorneys for Plaintiff*
                                                  *The Chamberlain Group, Inc.*