# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

The Chamberlain Group, Inc.

                                        Plaintiff,

v.                                                    Case No.: 1:16–cv–06097
                                                            Honorable Harry D. Leinenweber

Techtronic Industries Co., Ltd., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 2, 2018:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing set for 7/10/2018 is stricken. Defendants' agreed motion for one day extension of time to 7/6/2018 to file their opposition to plaintiff's motion for enhanced supplemental damages and entry of final judgment [759] is granted. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.