**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> TECHTRONIC INDUSTRIES CO. LTD., ) <br> TECHTRONIC INDUSTRIES NORTH ) <br> AMERICA, INC., ONE WORLD ) <br> TECHNOLOGIES, INC., OWT ) <br> INDUSTRIES, INC., ET TECHNOLOGY ) <br> (WUXI) CO. LTD., and RYOBI ) <br> TECHNOLOGIES, INC. ) <br> ) <br>     Defendants. ) | Case No.: 1:16-cv-06097 <br><br> JURY TRIAL DEMANDED <br><br> The Honorable Harry D. Leinenweber <br><br> Magistrate Judge Sydney Schenkier |

### DEFENDANTS' MOTION TO SEAL PURSUANT TO LOCAL RULE 26.2

Defendants Techtronic Industries Co. Ltd., Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc. (collectively "TTI") respectfully move this Court pursuant to Local Rule 26.2(b) and the Protective Order for an order permitting TTI to file under seal its Opposition to Plaintiff's Motion for Enhanced Supplemental Damages and Exhibit A. Pursuant to L.R. 26.2(c), a provisionally sealed version of the document is being filed with redactions.

The above documents contain highly confidential information the parties have designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Protective Order. Defendants' Opposition to Plaintiff's Motion for Enhanced Supplemental Damages and Exhibit A will be submitted to chambers with the courtesy copy of this motion and will be provided to Plaintiff's outside counsel.

Accordingly, TTI respectfully requests that this Court issue an order in compliance with L.R. 26.2, allowing TTI to file under seal Defendants' Opposition to Plaintiff's Motion for Enhanced Supplemental Damages and Exhibit A.

Dated: July 6, 2018            Respectfully submitted,

By: /s/ *Jason C. White*
    Jason C. White
    Michael J. Abernathy
    Sanjay K. Murthy
    Nicholas A. Restauri
    Jesse T. Dyer
    Caroline S. Lourgos
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL 60601
    Tel: (312) 324-1000
    Fax: (312) 324-1001
    E-mail: jason.white@morganlewis.com
           michael.abernathy@morganlewis.com
           sanjay.murthy@morganlewis.com
           nicholas.restauri@morganlewis.com
           jesse.dyer@morganlewis.com
           caroline.lourgos@morganlewis.com

Margaret A. McGreal
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
E-mail: margaret.mcgreal@morganlewis.com

Sean C. Cunningham (*pro hac vice*)
Erin Gibson (*pro hac vice*)
Stanley Panikowski (*pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 699-2700
E-mail: Sean.Cunningham@dlapiper.com
       Erin.Gibson@dlapiper.com
       Stanley.Panikowski@dlapiper.com

*Attorneys for Defendants Techtronic Industries North America, Inc., One World Technologies Inc., OWT Industries, Inc., and Ryobi Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on July 6, 2018 upon all counsel of record.

/s/ *Jason C. White*
Jason C. White
