# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

The Chamberlain Group, Inc. ,

Plaintiff(s),

v.

Techtronic Industries Co., Ltd. et al ,

Defendant(s).

Case No. 16 C 6097
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: For the reasons stated in the Court's 7/31/18 order, the attorneys' fees awarded to Chamberlain by this Court's earlier ruling are amended to include an additional fee calculation. See Chamberlain Grp., Inc. v. Techtronic Indus. Co., No. 16 C 6097, 2018 WL 2332461, at *29-32 (N.D. Ill. May 23, 2018). The total fee award is now $5,210,776.60. Chamberlain's Motion for Enhanced Supplemental Damages (Dkt. 754) is granted. TTI's Motion for an ongoing royalty (Dkt. 727) is granted and the rate is set at $4.00 per unit. The Court enters final judgment.

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

ILND 450 (Rev. 10/13): Judgment in a Civil Action

Date: 7/31/2018

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk