# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES INC., OWT INDUSTRIES, INC., ET TECHNOLOGY (WUXI) CO. LTD., and RYOBI TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No. 1:16-cv-06097 <br><br> The Honorable Martha M. Pacold |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff The Chamberlain Group, Inc. hereby moves the Court for the withdrawal of Maria Elena Stiteler as counsel of record in this action. No party will be prejudiced nor will any delay result from the withdrawal of the appearance of Maria Elena Stiteler from this matter. Plaintiff will continue to be represented by counsel of record from Winston & Strawn LLP and Fish & Richardson, P.C.

Dated: December 6, 2019

By: */s/ Benjamin Elacqua*
Katherine Vidal
KVidal@winston.com
Michael Rueckheim
MRueckheim@winston.com
Matthew McCullough
MRMcCullough@winston.com
**WINSTON & STRAWN LLP**
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Benjamin Elacqua (*pro hac vice*)
elacqua@fr.com
**FISH & RICHARDSON PC**
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Maria Elena Stiteler (*pro hac vice*)
stiteler@fr.com
**FISH & RICHARDSON P.C.**
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

ATTORNEYS FOR PLAINTIFF
CHAMBERLAIN GROUP, INC.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via CM/ECF on December 6, 2019 upon all counsel of record.

*/s/ Benjamin Elacqua*
Benjamin Elacqua
