IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE CHAMBERLAIN GROUP LLC,

     Plaintiff,

v.

TECHTRONIC INDUSTRIES CO. LTD.,
TECHTRONIC INDUSTRIES NORTH
AMERICA, INC., TTI CONSUMER
POWER TOOLS, INC., TTI POWER
EQUIPMENT MANUFACTURING, INC.,
ET TECHNOLOGY (WUXI) CO. LTD.,
AND RYOBI TECHNOLOGIES, INC.

     Defendants.

Civil Action No.: 1:16-cv-06097

The Honorable Franklin U. Valderrama

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry of September 11, 2023 (Dkt. 856), Plaintiff The Chamberlain Group LLC ("Chamberlain") and Defendants hereby submit the following status report.

The parties submitted a Joint Status Report on January 31, 2023 (Dkt. 853). As explained in that Report, the parties dispute the following issues relating to damages for infringement of the '966 patent, and the parties provided their positions in that Report:

| Issue | Citation to Parties' Positions |
|---|---|
| Whether Chamberlain is entitled to damages for all units that infringe the '966 patent | Dkt. 853 at 1-5 |
| Costs | Dkt. 853 at 6-8 |

In that same report, the parties agreed on the amount of ongoing royalty damages and pre-judgment interest (with two scenarios for interest, depending on whether the Court awards

1

damages for all '966 patent infringing unites).  *See* Dkt. 853 at 8.  Specifically, the parties agreed to the below table, which identifies all items of damages that should be included in the final judgment, with four scenarios depending on whether the Court: (1) awards additional damages for the '966 patent based on Chamberlain's position, *see* Dkt. 853 § A.1; and (2) determines that the original costs award has been vacated based on Defendants' position, *see id.* § C.

| | Scenario 1: Court limits '966 damages to currently awarded damages | Scenario 2: Court awards damages for all '966 patent infringement |
|---|---|---|
| Reasonable Royalty Damages | $75,548 | $328,484 |
| Prejudgment Interest | $588 | $2,560 |
| Ongoing royalty damages | $55,844 | $55,844 |
| **Total if Court Finds Cost Vacated** | **$131,980** | **$386,888** |
| Costs (Dkt. 745) | $119,327.73 | $119,327.73 |
| **Total if Court Does Not Find Costs Vacated** | **$251,307.73** | **$506,215.73** |

The parties believe they have submitted all necessary information for the Court to enter a final order regarding damages for the '966 patent.  The parties are willing to appear at a hearing and/or submit any additional information that the Court may require to enter a final order regarding damages for the '966 patent.

Dated:  September 18, 2023

By: */s/ Nicholas A. Restauri*
    Jason C. White
    Michael J. Abernathy
    Sanjay K. Murthy
    Nicholas A. Restauri
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL 60601
    Tel: (312) 324-1000
    Fax: (312) 324-1001
    E-mail: jason.white@morganlewis.com
    michael.abernathy@morganlewis.com
    sanjay.murthy@morganlewis.com
    nicholas.restauri@morganlewis.com

    ATTORNEYS FOR DEFENDANTS
    TECHTRONIC INDUSTRIES CO.
    LTD., TECHTRONIC INDUSTRIES
    NORTH AMERICA, INC.,
    ONE WORLD TECHNOLOGIES INC.,
    OWT INDUSTRIES, INC., AND
    RYOBI TECHNOLOGIES, INC.

By: */s/ Michael Rueckheim*
    Michael Rueckheim
    MRueckheim@winston.com
    Matthew McCullough
    MRMcCullough@winston.com
    WINSTON & STRAWN LLP
    275 Middlefield Road, Suite 205
    Menlo Park, CA 94025
    Telephone: (650) 858-6500
    Facsimile: (650) 858-6550

    Benjamin Elacqua (*pro hac vice*)
    elacqua@fr.com
    FISH & RICHARDSON PC
    1221 McKinney Street, Suite 2800
    Houston, Texas 77010
    Telephone: 713-654-5300
    Facsimile: 713-652-0109

    ATTORNEYS FOR PLAINTIFF
    THE CHAMBERLAIN GROUP LLC

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via CM/ECF on September 18, 2023.

/s/ Michael Rueckheim
ATTORNEYS FOR PLAINTIFF
THE CHAMBERLAIN GROUP LLC